No. 605. Hoban v. United States. Ct. Cl. Certiorari denied. *Carl L. Shipley, Rufus W. Peckham, Jr.,* and *Samuel Resnicoff* for petitioner. *Solicitor General Griswold* for the United States.

No. 606. Wilkin v. Sunbeam Corp. C. A. 10th Cir. Certiorari denied. *Dale M. Stucky* for petitioner. *Walther E. Wyss, George R. Clark* and *Malcolm Miller* for respondent.

No. 607. Precise Imports Corp. et al. v. Kelly, Collector of Customs of the Port of New York, et al. C. A. 2d Cir. Certiorari denied. *Jacob W. Friedman* for petitioners. *Acting Solicitor General Spritzer* for respondents.

No. 608. Knohl v. United States. C. A. 2d Cir. Certiorari denied. *Murray I. Gurfein* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 610. Lincoln National Life Insurance Co. v. Ratay. C. A. 3d Cir. Certiorari denied. *Alexander Black* for petitioner. *Samuel J. Goldstein* for respondent.

No. 613. George Epcar Co. v. United States. C. A. 10th Cir. Certiorari denied. *Edwin Jason Dryer* for petitioner. *Acting Solicitor General Spritzer, Acting Assistant Attorney General Eardley* and *John C. Eldridge* for the United States.

No. 615. Aro Corp. v. Citron. C. A. 3d Cir. Certiorari denied. *George B. Newitt* and *J. Robert Maxwell* for petitioner. *Eugene F. Buell* for respondent.